# FERGUSON, SCHETELICH & HEFFERNAN, P.A.

### ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

E-MAIL
rferguson@fshlaw.com

January 12, 2001

The Honorable William M. Nickerson
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *Stewart Title v. Terrapin Title, LLC*
U.S. District Court for the District of Maryland
Case No. WMN 00CV3401

Dear Judge Nickerson:

Our firm has been retained to represent Defendant Terrapin Title, LLC in this matter. In accordance with the enclosed letter to counsel, we have agreed on an extension for Terrapin Title to respond to the Complaint so that a response would be due by February 2, 2001.

We would appreciate it if you would approve this extension. If you require a formal stipulation, please let me know and I will prepare and submit one promptly. Thank you.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: Robert L. Ferguson, Jr.

/gh

cc: John Robert Fischel, Esquire

APPROVED AND SO ORDERED

_____       1/16/01
United States District Judge       Date