IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEWART TITLE GUARANTY COMPANY   :

v.                                :   Civil Action WMN-00-3401

TERRAPIN TITLE, L.L.C.            :

## ORDER

The parties have requested that the Court stay this action on the ground that the claims raised herein, or a significant portion thereof, may be resolved as part of an action currently pending before Judge Benson Legg. The Court will grant this request, for good cause shown. Accordingly,, IT IS this 29th day of March, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That this action is hereby stayed pending the resolution of <u>Old Kent Mortgage Company v. Approved Federal Savings Bank</u>, Civil Action No. L-01-0056;

2. That this action is hereby administratively CLOSED;

3. That upon the resolution of Civil Action No. L-01-0056, and should there remain issues to be resolved in this action, Plaintiff shall move to reopen this action within 10 days of the final resolution of Civil Action No. L-01-0056;

4. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
United States District Judge